TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIVERCARD, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>POST OAK PRODUCTIONS, INC., *et al.*<br><br>    Defendants. | CASE NO: 2:12-cv-01150-JCM-CWH<br><br>**ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation that this case be dismissed, [Docket No. 59] this case is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED March 26, 2015.

_____
United States District Judge

1

## Certificate of Service

I certify that on the 22 day of March, 2015, I electronically filed the foregoing ORDER OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 22nd day of March, 2015.    **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*